Okay, the first case this morning is case four one six zero two eight three ray v. Lyttaker For the appellate we have Dennis Atterbury If it pleases the court counsel, I'm Dennis Atterbury for the appellant Ashley Ray. There are two main issues. First, whether the trial court erred as a matter of law that a citation discover asset form signed by a party is not admissible as a matter of law. Admission by a party opponent. And the second, whether the trial court erred in finding that the plaintiff cannot enforce a judgment by requiring the sale of a home being purchased for a contract for deed. Both questions I believe are questions of law. So first, the citation discover asset form should have been admitted as an admission by a party opponent. In particular, the admission in question is Petitioner's Exhibit C. In the form under real estate, it says question, do you have any interest in real estate? The answer is yes. Now the question located at living in. Mortgage says no, but it has an arrow that reads approximately $30,000. This section says other interest holders, wife or dad. It is signed by the defendant and dated March 9, 2015. The docket entry, which is also part of the record, notes that the citation was served on the defendant back in February and notes it's set for March 9, 2015 for the citation hearing. Now the appellee has argued that the document was unreliable. How do we know which property it is? Well, if you look at the deposition of Brian Lidecker and his dad Donald Lidecker, both testify that Brian Lidecker lived at that address. The form says lived at. Both also testify that Donald Lidecker is selling the home to Brian Lidecker, which is consistent with dad having an interest. Brian Lidecker's testimony is consistent with their being owed only $30,000 on the property. It is a document signed and dated by a party opponent. Plenty of circumstantial evidence to corroborate that this is a house that's involved in the citation. Now at best one could argue it is a different house that goes to the weight of the evidence, but it does not go to the admissibility. So we're asking that the trial court err in that matter. So counsel, it's your assertion that the necessary foundation was laid for this document? Yes. Well, we know that Brian was not there, correct? He was served with notice of the hearing. But my question is he was not at the hearing, correct? That is correct. And so is there a reason he wasn't subpoenaed so he could be there and testify as to the document, that it was his signature on the document, that he filled out the document? No, but it was done in pursuance and in court. So I had a citation hearing. Well, it sounded like from the briefs it was the usual procedure where the attorney is there and steps out with the person who received the citation. So they're not actually in court, at least that's not how it usually happens in most cases. They're out in the hallway talking, seeing if they can work something out, and then they may come back in and represent to the court whatever the situation is. Correct. And that is exactly what happened. But I argued to the court that even if you're stepping out into the hallway, that is still part of a court proceeding because you're there under oath as part of this proceeding. Whether it's happening in location in front of the judge or in the hallway, I would still argue that that's part of a court proceeding. So are you saying that the citation form was self-authenticated? Yes. No file mark on it? Is that correct? It was not made part of the record? That is correct. Except for it was made part of the record on appeal because it was filed as an exhibit and was then filed in court. It was part of the exhibits. Do you have a case that would support something of this sort that's not part of the trial record, the case record, being self-authenticated? No, Your Honor, but this could be the first. And I don't mean to play light with that, but I did not find. The second issue is whether the court erred in holding that the house could not be sold to satisfy a debt. The foundation of the appellee's argument is that the appellee did not give permission to sell the home, and therefore she is an innocent party whose property rights are being taken away. The foundation is built on sand and cannot hold up to scrutiny. The intervener is a step-mom. The dad is Donald Lidecker. He's the one who testified that he purchased the house for his son. All bills were put into Brian Lidecker's name, that's the son's name, except for the property insurance. This includes property taxes, and the son even claimed the property taxes on his taxes. Now the reason the appellee's argument that she is not a party to this agreement, and therefore should not be bound by it's not a solid argument, is that she testified as following regarding the house. The appellee testified, everything was done through my husband. He ran that. My husband took care of everything. And according to Richards v. Johns Fry Lumber Company, wife who holds her husband out as an agent for making of a contract is a stop to deny liability for his acts done on her behalf. She testified he did all that. Didn't she also indicate she never agreed to the sale of the home? Isn't that a little bit different? No, she left it all up to him. Now keep in mind, she relinquished control of the house to them. The house, dad testifies, I went to this person who was selling this house and said hey, this house would be perfect for my son. Not for the appellee. How was the house held as far as the title? It was held joint test between mom and father. Anything recorded as for the contract for deed or whatever the agreement was between dad and son? No, that was just verbal, but both dad and. How did you get around the statute of frauds? Performance. I cited a case in my brief. I don't remember which case it was, but if you have specific performance on behalf of the person who's purchasing it that shows amounts and gets definition of terms, it gets around statute of frauds. Here the house was purchased. The son made over $60,000 in payments. What proof do we have of that? First of all, you have dad's testimony and son's testimony in the actual deposition saying he makes $500 a month and the amount currently owed back at the deposition was $40,000. According to the citation form, it's down to $30,000. So that shows that both dad and son testified that he's making these payments and that the purchase price is going down. And it also shows that that citation form shows that the current amount is $30,000. And the citation form is the only evidence that you have as to the amount left going on it? Not necessarily. If you look at the deposition testimony of the son and father, the son says, I owe about $40,000 left. If you extrapolate or go out $500 per month until the citation hearing, it gets you down to about that $30,000 range. So no, I think that's all consistent. So you have his testimony, the son's testimony, a party opponent's testimony, and then you have the citation form to back it up. So I think his own testimony, even if you go by, let's say you just go by the $40,000 that he said he owed at his deposition. Fine. The house was purchased for $93,500. That still shows that there's $53,500. That's solely enough money to pay for the balance and this judgment. The FLE is not prejudiced in this matter. The house was never, according to dad and to son, the house was never to go to the FLE. The house was always going to be going to the son. The only thing she was going to get out of this is money, the rest of the purchase price, which she would get. There's enough equity to pay the purchase price. So she's not damaged in any way. This is just a scheme to avoid a creditor in this matter. And we're asking that the trial court's decision be reversed and that this case be remanded to the court. Thank you. Thank you. You'll have rebuttal, Mr. Beaman. Justices, isn't it nice to have an argument where neither side is interrupting the other? That's what makes this nice. I had a motion to strike a portion of the appellate's statement of facts, which was to be taken with this case. And the statement of facts that I'm asking be stricken is an oral rendition of what supposedly happened that is contained on page 5 of the plaintiff's brief. He basically says that on that date, the defendant signed a document titled Citations that Deliver Assets, came back into court. What he's doing in his brief, the plaintiff's brief, is trying to supply the foundation that doesn't exist for the first time on appeal. And we're asking that portion, just that portion of his brief, be stricken because there's nothing in the record to support it. As far as the brief itself, I find this case in an unusual position at this time because there are two legal title holders to this property, Donald Litiker and Patricia Litiker. Neither are defendants in the case. They're both obviously necessary parties if you're going to sell their house. But neither Donald Litiker or Patricia Litiker is a party defendant in this case. So how can you possibly order a house be sold when the necessary parties aren't even parties? So that's just a procedural comment that I have that probably wasn't fully briefed but has been an ongoing concern of mine. We are hearing now that this contract was sufficient, that there was money paid. This is the exact opposite of what position was taken by the plaintiff earlier in the trial of this case, as pointed out in my brief. They repeatedly said in their arguments to the court that this contract, if it was a contract, was obviously insufficient. It was not definite enough, and it was incomplete and could not possibly be enforced because of the statute of frauds. Now the plaintiff comes here today and says it is complete. It's very close to a judicial admission, what they said earlier. I'm not sure that it fully constitutes a judicial admission because there are some conclusions in there. But it is as close as you're ever going to get, and it may even be a judicial admission. I'm not saying it is. It's just very close. So to come here and say we're involved in a scheme to acquit a creditor when they're saying, oh, this contract was never enforceable. It was who knows how much he owed. He didn't make payments when he didn't want to. We don't know what the terms are. And then come here and say it's sufficiently definite and certain just doesn't make sense. There was no foundation for that citation to discover assets. Judge Madonia did not abuse his discretion in refusing to admit that document as a piece of evidence. It was not in the court file. It was not previously marked at any hearing. It didn't even come to light until it was there. Now, if he wanted to authenticate it, all he would have had to do is subpoena Brian Lideker and find out if that's his signature and have him testify. If he did subpoena Brian Lideker and he didn't show up, there is no judge in the world that wouldn't say, hey, let's stop this proceeding, get a body attachment and bring him in here. Could have done that. Didn't do anything. Instead, you just can't put a document on a table and say admit this into evidence. It just doesn't work that way, at least in my 42 years. So I guess that's all I have to say. Thanks. Thank you. Is there any rebuttal? I guess I need to get back into the original facts of this case in order to conduct this issue. What happened was, in this case, there was a dog that attacked a meter reader. We sued both Donald Lideker and Brian Lideker. Donald Lideker is the owner of the house. They argued the defense, not this particular counsel, but the attorney for the insurance company, argued that this was a contractor deed and therefore, and I lost on that argument. I lost on that argument because I tried getting Donald Lideker as a homeowner so that we could enforce the insurance on the home. We lost the argument in this case. We lost that argument. So it's not like we made a judicial admission. We pursued that. The court did not find that to be a credible argument and Donald Lideker was let out of the case. So just to explain that, it's not a judicial admission. I find that there is plenty of evidence to show that there was an agreement that was entered into. This is akin to a contract for deed. That's amounts of money owed. This is akin to a house that's being, in my opinion, having a mortgage on it. If you can make the sellers whole and get the judgment satisfied, I think a sale of this home is most appropriate. Thank you. Okay, thanks to both of you. The case is submitted and the court stands at recess.